Submitted on petition for review filed January 15, petition for review allowed; decision of the Court of Appeals vacated, and case remanded to the Court of Appeals for reconsideration March 27, 1997
See 148 Or App 634, 939 P2d 677 (1997)

KEVIN JAMES CALAHAN,
*Respondent on Review,*

*v.*

STATE OF OREGON,
*Petitioner on Review.*

(CC 95-0470; CA A89890; SC S43934)

933 P2d 345

Janet A. Metcalf, Assistant Attorney General, Salem, filed the petition for petitioner on review. With her on the petition were Hardy Myers, Attorney General, and Virginia L. Linder, Solicitor General.

No appearance *contra.*

Before Carson, Chief Justice, and Gillette, Van Hoomissen, Fadeley, Graber, and Durham, Justices.**

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated, and the case is remanded to the Court of Appeals for reconsideration in the light of *State v. Webb,* 324 Or 380, 927 P2d 79 (1996).

** Kulongoski, J., did not participate in the consideration or decison of this case.